IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SUN I. ROWE,

  Appellant,

 v.

            Case No.  5D21-2938
            LT Case No. 2020-CA-004654-O

PUBLIX SUPER MARKETS, INC.,

  Appellee.

_____/

Decision filed December 13, 2022

Appeal from the Circuit Court
for Orange County,
Jeffrey L. Ashton, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellant.

Diane G. DeWolf and Nancy M.
Wallace,  of Akerman LLP,
Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.


SASSO, TRAVER and NARDELLA, JJ., concur.